UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CINDY EHIRIM,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. EDCV 20-1781-FLA (AGR)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

Pursuant to this court's Order Re: Further Proceedings dated September 8, 2020, Plaintiff's motion for summary judgment, and points and authorities in support of the relief requested, was to be filed and served no later than 30 days after the Answer and Certified Administrative Record were filed. (Dkt. No. 6 at 2.) The Answer and Certified Administrative Record were filed on October 13, 2021. (Dkt. Nos. 11-12.) Accordingly, Plaintiff's motion for summary judgment should have been filed and served 30 days later on November 12, 2021.

　　　To date, Plaintiff has not filed a motion for summary judgment or requested an extension of time. Accordingly, **no later than February 7, 2022, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by court orders. Filing of Plaintiff's motion for summary judgment on or before **February 7, 2022**, shall be deemed compliance with this Order to Show Cause.

1    If Plaintiff does not file a motion for summary judgment or timely respond to this
2    order to show cause on or before **February 7, 2022**, this action may be dismissed
3    without prejudice for failure to prosecute and/or failure to follow court orders.

6    DATED: January 6, 2022

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE