UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM C. E.,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting, Commissioner of Social Security**,**<br><br>    Defendant. | Case No. 5:20-cv-01781-FLA (AGR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the court has reviewed Plaintiff's Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The court ACCEPTS the findings and recommendation of the Magistrate Judge.

   IT IS ORDERED as follows:

   (1) Plaintiff's motion for summary judgment is GRANTED in part;

   (2) The decision of Commissioner is reversed and remanded for reconsideration of absences at step five of the sequential analysis; and

   (3) The Commissioner's motion for summary judgment is DENIED.

   IT IS FURTHER ORDERED that Judgment be entered reversing the decision of Commissioner and remanding for reconsideration of absences at step five of the sequential analysis.

   IT IS SO ORDERED.

Dated: September 19, 2023

                 _____
                  FERNANDO L. AENLLE-ROCHA
                  United States District Judge