JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KIM C. E.,

                    Plaintiff,

        v.

KILOLO KIJAKAZI, Acting,
Commissioner of Social Security,

                    Defendant.

Case No. 5:20-cv-01781-FLA (AGR)

**JUDGMENT**

      IT IS HEREBY ADJUDGED that Judgment is entered for Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Order Accepting Findings and Recommendation of U.S. Magistrate Judge.

Dated: September 19, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1